Howard J. Russell, Esq.
Nevada Bar No. 8879
hrussell@wwhgd.com
Kristen L. Henrichs, Esq.
Nevada Bar No. 10987
khenrichs@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:     (702) 938-3838
Facsimile:      (702) 938-3864

*Attorneys for Defendant*
*Boston Scientific Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMBER MARTINEZ, an Individual; and JOSE MARTINEZ, an Individual,<br><br>    Plaintiffs,<br><br>v.<br><br>RAFAEL G. JUAREZ, M.D., Individually; RG JUAREZ, M.D., P.C., a Nevada Professional Corporation, doing business as DESERET WOMEN'S HEALTH CARE; DESERET WOMEN'S HEALTH CARE MANAGEMENT, LLC, a Nevada Limited Liability Company doing business as DESERET WOMEN'S HEALTH CARE; BOSTON SCIENTIFIC CORPORATION, a Delaware Corporation; DOES I through 50, Inclusive, and ROE CORPORATIONS 1 through 50,<br><br>    Defendants. | Case No.: 2:13-cv-01653<br><br>**JOINT MOTION TO STAY PROCEDURAL AND DISCOVERY DEADLINES, NOT OTHERWISE RELATED TO PENDING MOTIONS** |

Currently pending before the Court are Defendant Boston Scientific Corporation's Motion to Dismiss and Motion to Stay Pending Transfer to MDL No. 2326, and Plaintiffs' Motion to Remand (collectively, "Motions"). These Motions are still in the briefing stage. Also currently pending before the Judicial Panel on Multi-District Litigation is Plaintiffs' Motion to Vacate the Conditional Transfer of this action to MDL No. 2326.

1  Given the pendency of these Motions, and the likelihood that the outcome of any one of
2  them will impact the procedural status and/or issues in this case, the parties hereby jointly move to
3  stay all deadlines not otherwise related to the pending Motions, including the deadlines to file an
4  Interim Joint Status Report, to serve initial disclosures, and to hold the FED. R. CIV. P. 26
5  Conference.  The parties will continue to submit the necessary briefing for the pending Motions;
6  however, the parties request, in the interests of efficiency, to stay any deadlines not otherwise
7  related to the pending Motions.

9  DATED this 11th day of October, 2013.

11  /s/ John C. Funk
Gerald I. Gillock, Esq.
12  John C. Funk, Esq.
GERALD I. GILLOCK & ASSOCIATES
13  428 S. Fourth St.
Las Vegas, NV  89101

*Attorneys for Plaintiffs Amber Martinez and Jose Martinez*

16  /s/ Thomas J. Doyle
Thomas J. Doyle, Esq.
17  SCHUERING ZIMMERMAN SCULLY TWEEDY & DOYLE
18  400 University Ave.
Sacramento, CA  95825

Kim Irene Mandelbaum, Esq.
20  MANDELBAUM, SCHWARZ, ELLERTON &MCBRIDE
21  2012 Hamilton Lane
Las Vegas, NV  89103

*Attorneys for Defendants Rafael G. Juarez, M.D., RG Juarez, M.D., P.C. and Deseret Women's Health Care Management, LLC d/b/a Desert Women's Health Care*

/s/ Howard J. Russell
Howard J. Russell, Esq.
Kristen L. Henrichs, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV  89118

*Attorneys for Defendant Boston Scientific Corporation*

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
(702) 938-3838

## ORDER

Based on the Joint Motion of the parties hereto, and for good cause, all deadlines, not otherwise related to the pending Motions in this matter and before the Judicial Panel on Multi-District Litigation, including the deadlines to file an Interim Joint Status Report, to serve initial disclosures, and to hold the FED. R. CIV. P. 26 Conference, are hereby STAYED pending resolution of those Motions.

**IT IS FURTHER ORDERED** that the parties shall conduct a Rule 26(f) conference and submit a proposed discovery plan and scheduling order within thirty days of decision of the motions addressed in this joint motion in the event this case remains pending in this district.

Dated: October 23, 2013

_____
United States Oci kvtcvg Judge